**SET ASIDE and REMAND and Opinion Filed December 21, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00959-CV

**SHANNELL YVONNE RICHARDS, Relator**
**V.**
**DAVID RICHARDS, Respondent**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-50782-2017**

## MEMORANDUM OPINION
Before Justices Francis, Evans, and Schenck
Opinion by Justice Francis

Before the Court is the parties' "Emergency Motion to Reverse and Remand for Judgment in Accordance with Amended Settlement Agreement." In the motion, the parties state they have entered into an amended mediated settlement agreement in which they agreed, among other things, to dismiss this appeal. They request that, pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(B), we set aside the trial court's judgment without regard to the merits and remand the case.

We grant the parties' motion. We set aside the trial court's June 8, 2018 Agreed Final Divorce Decree without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' Amended Mediated Settlement Agreement. TEX. R. APP. P. 42.1(a)(2)(B).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

180959F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SHANNELL YVONNE RICHARDS,
Appellant

No. 05-18-00959-CV     V.

DAVID RICHARDS, Appellee

On Appeal from the 469th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 469-50782-2017.
Opinion delivered by Justice Francis.
Justices Evans and Schenck participating.

In accordance with this Court's opinion of this date, the parties' "Emergency Motion to Reverse and Remand for Judgment in Accordance with Amended Settlement Agreement" is **GRANTED**. The trial court's June 8, 2018 Agreed Final Divorce Decree is **SET ASIDE** without regard to the merits and this case is **REMANDED** to the trial court for rendition of judgment in accordance with the parties' Amended Mediated Settlement Agreement. Tex. R. App. P. 42.1(a)(2)(B).

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered December 21, 2018.

–3–